UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CERTAIN LONDON MARKET COMPANY REINSURERS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| LAMORAK INSURANCE COMPANY, f/k/a ONEBEACON AMERICA INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) ) ) |

Case No.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Lamorak Insurance Company ("Lamorak") removes to this Court the above-styled action, pending as Case No. 1884CV00826 in the Superior Court of the Commonwealth of Massachusetts. As grounds for removal, Lamorak states as follows:

**BACKGROUND**

1. This is an action for a declaratory judgment pursuant to Mass. G.L. c. 231A respecting the parties' rights and obligations under three facultative reinsurance contracts issued to Lamorak by Defendants bearing reference numbers UE27688, UE27680 and UE27690 (the "Reinsurance Contracts").

**REMOVAL**

2. This Notice of Removal is timely because Lamorak filed it within thirty days after March 15, 2018, the date Lamorak received Plaintiffs' Complaint, a copy of which is attached as Exhibit A. *See* 28 U.S.C. § 1446(b).

3. Venue is proper in this Court because the Suffolk County Superior Court, where this case was originally filed, is located within this District and Division. *See* 28 U.S.C. § 1446(a).

4. Pursuant to 28 U.S.C. § 1446(d), Lamorak is concurrently filing a copy of this Notice of Removal with the Clerk of the Suffolk County Superior Court and serving a copy on all counsel of record.

**JURISDICTION**

5. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a). Under § 1332(a), an action may be removed to federal court if: (i) there is diversity of citizenship; and (ii) the amount in controversy exceeds $75,000. *Id.* This action satisfies each requirement.

*Diversity of Citizenship*

6. The diversity of citizenship requirement is satisfied if the action is between "citizens of different States" or "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(1), (2).

7. For removal purposes, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

8. Plaintiffs are insurance companies organized under the laws of the United Kingdom, with the exception of National Casualty Company, which is organized under the laws of Ohio. Ex. A ¶ 3. Each of the Plaintiffs maintains its principal place of business in the United

Kingdom except for National Casualty Company, which maintains its principal place of business in Columbus, Ohio. *Id.*

9. Lamorak is an insurance company organized under the laws of the State of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania.

10. Diversity exists under § 1332(a) because each Plaintiff is a citizen of a State or foreign state different than Pennsylvania.

*Amount in Controversy*

11. Removal is appropriate if the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

12. This requirement is met because each Plaintiff will be billed more than $75,000. Lamorak expects to bill each Plaintiff more than $1 million.

13. In compliance with 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon" Lamorak prior to the filing of this Notice of Removal are attached as Exhibit A.

14. Lamorak will promptly provide Plaintiffs written notice of this filing and will promptly file a Notice of Filing of the Notice of Removal in in the Superior Court of the Commonwealth of Massachusetts.

## DEMAND FOR A JURY TRIAL

Defendant demands a trial by jury on those causes of action and issues so triable.

## CONCLUSION

WHEREFORE, Defendant Lamorak Insurance Company requests that this Notice of Removal be accepted as sufficient, that the Complaint be removed from state court to this Court,

that this Court enter whatever orders needed to bring before it copies of all records in the state court action, and proceed with this action as if it had originally been commenced in this Court.

Respectfully submitted,

LAMORAK INSURANCE COMPANY

By: <u>/s/ Kathryn L. Alessi</u>

Kathryn L. Alessi (BBO #651110)
Kenyon D. Colli (BBO #696836)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
kalessi@sidley.com
kcolli@sidley.com

William M. Sneed (*pro hac vice* forthcoming)
Daniel R. Thies (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
1 S. Dearborn
Chicago, IL 60603
Tel. (312) 853-7000
wsneed@sidley.com
dthies@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I caused copies of the foregoing Notice of Removal to be served on the following counsel via U.S. mail, first-class postage prepaid:

    Lavinia M. Weizel
    Nicholas Cramb
    MINTZ LEVIN COHN FERRIS
    GLOVKSY & POPEO, P.C.
    One Financial Center
    Boston, Massachusetts 02111
    (617) 542-6000 (phone)
    (617) 542-2241 (fax)
    NCCramb@mintz.com
    LMWeizel@mintz.com

    Marc Abrams
    MINTZ LEVIN COHN FERRIS
    GLOVKSY & POPEO, P.C.
    Chrysler Center
    666 Third Avenue
    New York, NY 10017
    (212) 935-3000 (phone)
    (212) 983-3115 (fax)

                                                  /s/ Kathryn L. Alessi
                                                  Kathryn L. Alessi