UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTAIN LONDON MARKET
COMPANY REINSURERS,
    Plaintiffs,

v.                                                       CIVIL ACTION NO. 18-10534-NMG

LAMORAK INSURANCE
COMPANY, f/k/a ONEBEACON
AMERICA INSURANCE
COMPANY,
    Defendant.

REPORT AND RECOMMENDATION ON
PLAINTIFFS' MOTION FOR REMAND (#6).

KELLEY, U.S.M.J.

I.    Introduction.

This is a reinsurance case in which plaintiffs, Certain London Market Company Reinsurers (LMR),[1] sued defendant Lamorak Insurance Company in Massachusetts state court. Lamorak removed the matter to this court. LMR has moved to remand, arguing that a related case presently pending in state court involving another reinsurer, Certain Underwriters of Lloyd's, London (Lloyd's), is parallel to this case, and thus this court should abstain from hearing this case under the rule of *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 821 (1976), or *Brillhart v. Excess Ins. Co. of Am.,* 316 U.S. 491 (1942), as later affirmed in *Wilton v. Seven Falls Co.,* 515 U.S. 277 (1995). (#6.) Lamorak opposed the motion, and LMR replied. (##11, 20.) The parties filed supplemental briefs, and the court held an oral

---

[1] LMR includes Turegum Insurance Company, Assicurazioni Generali S.p.A. UK Branch, National Casualty Company, National Casualty Company of America Ltd., Dominion Insurance Company Ltd., Stronghold Insurance Company Ltd., and Allianz Suisse Versicherungs-Gesellschaft AG. (#1-1 at 4.)

*Report and Recommendation accepted and adopted.* NMGorton, USDJ 3/8/19